FILED
February 24, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

CAUSE NO. 03-14-0053-CV

Steven Paul Wilson,　§　IN THE COURT OF APPEALS
　　　Appellant,　　§
　　　　　　　　§
v.　　　　　　　§　THIRD DISTRICT OF TEXAS
　　　　　　　　§
Charles C. Dorbandt,　§
　　　Appellee.　　§　AUSTIN DIVISION

---

## OPPOSITION TO APPELLEE'S MOTION FOR EXTENTION OF TIME

---

COMES NOW, Appellant, Steven Paul Wilson, in opposition to Appellee's Motion for Extention of Time. For the following reasons Appellee's Motion should be denied:

1) For cause Appellee asserts: "That Appellee has not received, in a timely fashion, all documents filied by Plaintiff Appellant in this cause of action." Appellee's statement is flagrantly untrue. Appellant with every pleading, without exception, and at every stage of this suit, has filed a "Certificate of Service" verifying that each and every pleading was simultaneously mailed to Appellee at his law office. If there is any doubt in this Honorable Court's mind concerning Appellant's deligence in mailing copies of all his pleadings to Appellee, the institution keeps records of all incoming/outgoing legal mail and their records will reflect, without exception, that each and every time a pleading was mailed to the courts,legal mail was likewise mailed to Appellee.

Appellee seems to have no qualms about lying to the Court, and his lie to this Court is consistent with his purjured testimony at the evidentiary hearing of August 26, 2013 which is the basis of Appellant's defamation and slander/libel cause of action. Despite Appellee's Memorandum in Answer being wholly without merit,

RECEIVED
FEB 2 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

1.

This Honorable Court should send Appellee a message that the Court will not tolerate being lied to and deny Appellee's Motion for Extention on Time, and instruct the Clerk's Office to strike Appellee's Momerandum in Answer from the record.

2) Appellee seeks an extention of "a short five (5) day[s]." January 9, 2015, the date in which Appellee's Brief was due and his filing of February 11, 2015 amounts to a total of 33 days, a significant amount of time beyond the five (5) days sought. As a practicing attorney, Appellee should be cognizant of his responsibility when it comes to timely pleadings. Further, Appellee's Motion for Extention of Time is, in of itself, untimely, and Appellant is of the belief that Appellee needed leave of court to file the motion. Thus, Appellant would assert that the Motion for Extention of Time should be denied as untimely.

3) Appellee's new Memorandum in Answer is essentially the same as the one Appellant responded to in "Appellant's Reply Brief and Memorandum in Support," placed in the institutional mail on February 17, 2015, and Appellant incorporates the same herein. Subsequently, on the afternoon of the 17th, Appellant received the Appellee's latest pleadings, and his letter dated February 11, 2015. *See* attached Exhibit A. Appellant will rest on his previous Reply Brief.

For the foregoing reasons Appellee's Motion for Extention of Time should be denied, and his Memorandum in Answer struck.

WHEREFORE, Appellant would pray that the relief requested herein be GRANTED,

Respectfully submitted,

Steven Wilson 1638937
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

2.

## CERTIFICATE OF SERVICE

I, Appellant, Steven Paul Wilson, do hereby certify that I have this day, the 17th day of February, 2015 mailed a copy on the enclosed "Opposition fo Appellee's Motion for Extention of Time," to the following:

Charles C. Dorbandt
Attorney at Law
7000 N. Mopac Expwy., Suite 200
Austin, TX 78731

Steven Wilson 1638937
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

# Law Office of CHRIS DORBANDT
## Attorney & Counselor at Law

February 11, 2015

Steven Paul Wilson # 01638937
TDCJ: Allan B. Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Wilson v. Dorbandt; In the 3rd Court of Appeal.

Dear Steve:

Ignore the documents you received prior to this cover letter because I did not file them. I rescinded them after I had mailed your copies.

Instead, I have filed a Motion for Extension of Time and Appellee's Memorandum in Answer to Appellant's Brief. The documents contained herein were filed today with the 3rd Court of Appeals.

Sincerely,

Chris Dorbandt

EXHIBIT "A"

Steve Wilson 1638937
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

NORTH HOUSTON TX 77?

20 FEB 2018 PM 5 L

Clerk of the Court
Court of Appeals
Third District
PO Box 12547
Austin, TX 78711-2547

78711125474747

FOREVER